# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **VICTOR AND ALMA PADRON,** § | |
| *Plaintiffs,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 1:23-cv-00642** |
| § | |
| **AMERICAN ECONOMY INSURANCE** § | |
| **COMPANY AND JANELLE JACKSON,** § | |
| *Defendants.* § | |

## NOTICE OF REMOVAL OF ACTION
## UNDER 28 U.S.C. §§ 1332 and 1441(b) (DIVERSITY)

TO THE HONORABLE JUDGE:

Defendant American Economy Insurance Company ("Defendant" or "American Economy") hereby petitions this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 for removal on the basis of diversity jurisdiction to the United States District Court for the Western District of Texas, Austin Division, of the action styled *Victor and Alma Padron v. American Economy Insurance Company and Janelle Jackson;* Cause No. D-1-GN-23-002402, currently pending in the 345th Judicial District Court of Travis County, Texas (the "State Court Case"), and in support thereof would respectfully show this Court as follows:

## I.
## FACTS

1.  Plaintiffs filed the State Court Case on April 11, 2023 as the result of a dispute regarding a claim made under their homeowner's insurance policy that was issued by American Economy Insurance Company. Plaintiffs allege that Defendant wrongfully delayed and denied payment for their claim for wind and hail damage to their property. Defendant American Economy Insurance Company was served with Plaintiffs' Original Petition and citation on May 10, 2023. Defendant timely filed its Original Answer on June 1, 2023, and generally denied

Plaintiffs' claims. To date, Defendant Janelle Jackson has not been served. A true and correct copy of all pleadings, process, orders and correspondence served in this action is attached hereto as Exhibit "A" and incorporated herein by reference.

2. Plaintiffs allege that Defendant American Economy, and its agent Defendant Janelle Jackson, breached the insurance contract, violated various provisions of the Texas Insurance Code and the DTPA, and breached the duty of good faith and fair dealing in connection with the handling of their claim for alleged hail/wind damage. Plaintiffs seek damages in the amount of their claim including the "investigative fees incurred during the course of this claim, and other additional expenses associated with damages caused by the storm." Plaintiffs' Original Petition (the "Petition") at ¶ 9.1. Plaintiffs also seek penalties under Chapter 542 of the Texas Insurance Code and prejudgment interest. Petition at ¶ 9.1.

3. In accordance with standard Texas practice, Plaintiffs do not state the amount of damages they seek, other than a statement that they seek less than $250,000 inclusive of costs, fees, and interest. Petition at ¶ 3.1. Plaintiffs claim they are entitled to recover policy benefits for covered damages, which they identify as $65,095.88 in their pre-suit notice letter served pursuant to the Texas Insurance Code, attached hereto as Exhibit "B". In addition, Plaintiffs allege that they are entitled to recover late payment penalties and additional damages pursuant to Sections 541 and 542 of the Texas Insurance Code which allows recovery of up to three times the amount of actual damages if a knowing violation is found. These additional claimed damages are properly included in determining the amount in controversy. *St. Paul Reinsurance Co., Ltd. v. Greenberg*; 134 F.3d 1250 (5th Circ. 1998). Based on these allegations, American Economy has a good faith belief that the amount in controversy exceeds $75,000.

4. Complete diversity exists between the Plaintiffs and Defendant as of the date of this filing. Plaintiffs are citizens and residents of the State of Texas. Petition at ¶ 2. American Economy Insurance Company is an insurance company incorporated in the State of Indiana and its principal place of business is Boston, Massachusetts. American Economy Insurance Company is a citizen of the Commonwealth of Massachusetts and not the State of Texas. Janelle Jackson is a citizen of the State of Texas, but American Economy Insurance Company has elected to adopt any liability that she may have to the Plaintiffs pursuant to Section 542A.006 of the Texas Insurance Code. See Correspondence to attorneys Craig M. Saucier and Valerie Mazzola, dated May 16, 2023 and attached hereto as Exhibit "C". Accordingly, Janelle Jackson is improperly joined and must be dismissed from this action. See *Advanced Indicator & Mfg., Inc. v. Acadia Ins. Co.*, 50 F.4th 469 (5th Cir. 2022).

5. Plaintiffs did make a jury demand in the State Court case.

6. This is a civil action which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1332(a) in that it is between citizens of different states; it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs; and the properly joined Defendant American Economy Insurance Company is not a citizen of the State of Texas.

## II.
## PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

8. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the District Court of Travis County, Texas promptly after the filing of this Notice.

9. Attached hereto and incorporated herein, are the following items:

Exhibit A:   A true and correct copy of all pleadings, process, and orders served in this action.

Exhibit B:   Plaintiffs' pre-suit notice.

Exhibit C:   Correspondence to Craig M. Saucier and Valerie Mazzola.

Exhibit D:   State Court docket sheet.

Exhibit E:   List of all counsel of record.

Exhibit F:   Index of all documents filed with the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this action be removed from the District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:   (512) 472-7700
Facsimile:   (512) 472-0205

By:   */s/ Catherine L. Hanna*
       Catherine L. Hanna
       State Bar No. 08918280
       channa@hannaplaut.com
       Tara D. Mireur
       State Bar No. 24001959
       tmireur@hannaplaut.com

**ATTORNEYS FOR DEFENDANT AMERICAN ECONOMY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been delivered by e-service on this 7th day of June, 2023 to:

Craig M. Saucier               *Via E-Mail: craig@s2lawfirm.com*
Valerie Mazzola               *Via Email: valerie@s2lawfirm.com*
SAUCIER & SMAISTRLA PLLC
2101 NW Military Hwy
San Antonio, Texas 78213
*Attorneys for Plaintiffs*

                 */s/ Catherine L. Hanna*
                Catherine L. Hanna