# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **VICTOR PADRON, ALMA PADRON,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL NO. A-23-CV-00642-ADA** |
| § | |
| **AMERICAN ECONOMY INSURANCE** § | |
| **COMPANY, JANELLE JACKSON,** § | |
| § | |
| **Defendants.** § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 18. The report recommends that the District Court **DISMISS WITH PREJUDICE** Plaintiffs Victor and Alma Padron's claims against Defendant Janelle Jackson. The report and recommendation was filed on May 24, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower (ECF No. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs Victor and Alma Padron's claims against Defendant Janelle Jackson are **DISMISS WITH PREJUDICE**.

**SIGNED** this 10th day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE