# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **VICTOR PADRON and ALMA PADRON,** *Plaintiffs* § § § § | |
| **v.** § § | **Case No. 1:23-CV-00642-SH** |
| **AMERICAN ECONOMY INSURANCE COMPANY,** *Defendant* § § § § | |

## FINAL JUDGMENT

Before the Court is Plaintiffs Victor and Alma Padron and Defendant American Economy Insurance Company's Joint Stipulation of Dismissal with Prejudice, filed July 12, 2024 (Dkt. 24). The parties state that they have resolved all claims in this matter and move that this matter be dismissed, with prejudice, as to any and all claims Plaintiff brought in this case against Defendant.

The Court **HEREBY GRANTS** the Joint Stipulation of Dismissal with Prejudice and **ORDERS** that any and all claims of Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE** to the rights of Plaintiffs to re-file same or any part thereof.

The Court **FURTHER ORDERS** that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is **DENIED**.

The Court **ORDERS** that the Clerk of Court **CLOSE** this case.

**SIGNED** on July 12, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE